**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CLINT ARTHUR,

                    Plaintiff,
    -against-                                      24 **CIVIL** 2985 (MMG)

                                                      **<u>JUDGMENT</u>**

ORCHESTRATE BUSINESS LLC., et al.,

                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 1, 2025, the motion to dismiss under Rule 12(b)(2) is granted; accordingly, the case is closed.

**Dated:** New York, New York

       August 1, 2025

                                                  **TAMMI M. HELLWIG**
                                                  _____
                                                     **Clerk of Court**

                            **BY:**       *K. Mango*

                                                     _____
                                                     **Deputy Clerk**